November 26, 2013



# JUDGMENT

## The Fourteenth Court of Appeals

LONE STAR COLLEGE SYSTEM AND RICHARD CARPENTER, Appellants

NO. 14-12-00819-CV                    V.

IMMIGRATION REFORM COALITION OF TEXAS (IRCOT), Appellee

_____

Our judgment of October 17, 2013 is vacated and this revised judgment is issued in its place.

This cause, an appeal from the trial court's order denying in part appellants', Lone Star College System and Richard Carpenter's, Motion to Dismiss for Lack of Jurisdiction, signed August 6, 2012, was heard on the transcript of the record. We have inspected the record and find no error in the trial court's order. We order the trial court's order **AFFIRMED**.

We order appellants to pay all costs incurred in this appeal.

We further order this decision certified below for observance.